Opinion by KEEFE, J.   In accordance with stipulation of counsel that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein, the protests were sustained as claimed.

**No. 50495.**—Protests 50902–K, etc., of Foster Canning Co., Inc. (Norfolk).

Opinion by KEEFE, J.   In accordance with stipulation of counsel that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein, the protests were sustained as claimed.

**No. 50496.**—Protest 73271–K of Foster Canning Co., Inc. (Philadelphia).

Opinion by KEEFE, J.   In accordance with stipulation of counsel that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein, the protest was sustained as claimed.

**No. 50497.**—Protest 69570–K of H. P. Lambert, Co. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein, the protest was sustained as claimed.

**No. 50498.**—Protest 104730–K/12616 of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by KEEFE, J.   At the trial the inspector's report of shortage was admitted in evidence and Government counsel conceded that the 493 monkeys in question were short landed.   The collector was directed to reliquidate the entry and make refund of all duties taken upon the 493 monkeys not landed in this country.

**No. 50499.**—Protest 110679–K of Herbert B. Moller (Tampa).